UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DRYWALL TAPERS AND POINTERS OF GREATER                             :
NEW YORK LOCAL UNION 1974, AFFILIATED                              :
WITH INTERNATIONAL UNION OF ALLIED                                 :
PAINTERS AND ALLIED TRADES, AFL-CIO *et al.*,                      :
                                                                   :
               Petitioners,       :       22 Civ. 6096 (JPC)
                                                                   :
     -v-                                                :       ORDER
                                                                   :
                                                                   :
CURTIS PARTITION CORP.,                                            :
                                                                   :
               Respondent.        :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

On July 18, 2022, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which it intends to support its petition to confirm by August 25, 2022. Respondent's opposition, if any, is due by September 8, 2022. Petitioners' reply, if any, is due by September 15, 2022.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than August 29, 2022, and shall file an affidavit of such service with the Court no later than August 31, 2022.

    SO ORDERED.

Dated: August 11, 2022
       New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge